UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIELSEN CONSUMER LLC,
        Plaintiff,

    -v-

THE NPD GROUP, INC.,
        Defendant.

22-CV-3235 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

  Plaintiff Nielsen Consumer LLC ("Nielsen") filed a motion for preliminary injunction on April 21, 2022. (Dkt. No. 17.) Defendant The NPD Group, Inc. ("NPD") shall file any response to that motion by May 5, 2022. Nielsen shall file any reply by May 12, 2022.

  Counsel for the parties shall appear for oral argument by phone on May 17, 2022, at 2:30 p.m. Counsel should call (888) 557-8511 at the scheduled time. The access code is 9300838.

  Nielsen is directed to serve a copy of this order on NPD by April 28, 2022.

  SO ORDERED.

Dated: April 26, 2022
   New York, New York

                J. PAUL OETKEN
               United States District Judge