**WHITE & CASE**

June 27, 2022

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
**T** +1 212 819 8200

whitecase.com

VIA ECF

Hon. J. Paul Oetken
Thurgood Marshall United States Courthouse
Courtroom 706
40 Foley Square
New York, NY 10007

Re: *Nielsen Consumer LLC d/b/a NielsenIQ v. The NPD Group, Inc.*, Case No. 1:22-cv-3235 (JPO)

Dear Judge Oetken:

I represent Plaintiff Nielsen Consumer LLC ("NielsenIQ") in connection with the aforementioned matter.  In response to The NPD Group, Inc.'s ("NPD") Motion to Dismiss, and pursuant to Rule 3.D of Judge Oetken's individual practices, NielsenIQ intends to amend its Complaint.  Pursuant Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure, NielsenIQ will file its First Amended Complaint by July 7, 2022.

Thank you,

*/s/ Joshua Berman*

**Joshua Berman**

**T** +1 212 819 8547
**E** joshua.berman@whitecase.com