

555 California Street   415.875.2300
12th Floor   Fenwick.com
San Francisco, CA 94104

Laurence F. Pulgram
lpulgram@fenwick.com | 415.875.2390

June 30, 2022

Honorable J. Paul Oetken
U.S. District Court for the
Southern District of New York
Room 2101
40 Foley Square
New York, NY 10007

Re:   *Nielsen Consumer LLC d/b/a NielsenIQ v. The NPD Group Inc.*,
      No. 1:22-cv-3235-JPO—Unopposed Motion for Extension

Dear Judge Oetken:

Pursuant to Local Rule 7.1(d) and this Court's individual rules, Defendant The NPD Group, L.P., successor-in-interest to The NPD Group, Inc. ("NPD"), respectfully submits this unopposed letter motion for a 29-day extension to answer or otherwise respond to the first amended complaint.

Plaintiff NielsenIQ has informed NPD that it intends to file its first amended complaint on July 7, 2022. Thus, NPD's answer or responsive pleading would be due on July 21, 2022, the day before NPD's responsive brief is due at the Second Circuit. The parties have therefore stipulated that NPD shall file its answer or response to the complaint by no later than August 19, 2022; if NPD responds by motion, Plaintiff NielsenIQ shall file its opposition no later than September 21, 2022; and NPD shall file its reply no later than October 5, 2022. A joint stipulation with proposed order is attached.

For the foregoing reasons, the Court should grant NPD's unopposed motion to extend its responsive pleading deadline until August 19, 2022, and extend the briefing schedule as stipulated.

                Sincerely,

                FENWICK & WEST LLP

                */s/ Laurence F. Pulgram*

                Laurence F. Pulgram