USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIELSEN CONSUMER LLC,

                Plaintiffs,

-against-

CIRCANA GROUP, L.P.,

                Defendant.

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

22-CV-3235 (JPO)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    This case has been reassigned to me for general pretrial supervision purposes (ECF #169).  A Case Management Conference in this matter will be held on **Wednesday, November 8, 2023 at 2:30 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

    SO ORDERED.

Dated:   October 12, 2023
              New York, New York

KATHARINE H. PARKER
United States Magistrate Judge