```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/8/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIELSEN CONSUMER LLC,

                Plaintiffs,

-against-

CIRCANA GROUP, L.P.,

                Defendant.

**ORDER**

22-CV-3235 (JPO)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The parties appeared at a status conference held on November 8, 2023. As discussed at the status conference, by **December 2, 2023** the parties shall exchange certain core discovery according to the parameters set by the Court more fully on the record. Also by December 2, Plaintiff shall provide additional clarifications to the alleged trade secrets in accordance with the Court's directions on the record. The parties should make their best efforts to exchange settlement demands on their claims and counterclaims by **December 2, 2023.** The parties shall discuss non-monetary settlement terms in advance of the settlement conference and include both monetary and non-monetary demands/terms in their pre-conference submissions. The parties are allowed **five (5)** pages each for their pre-settlement submissions.

      **SO ORDERED.**

Dated:   November 8, 2023
            New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge