

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2023

December 18, 2023

Hon. Katharine H. Parker
U.S. District Court for the
Southern District of New York
Room 750
500 Pearl Street
New York, NY 10007

> Re: Nielsen Consumer LLC d/b/a NielsenIQ v. Circana Group L.P., f/k/a The NPD Group L.P., No. 1:22-cv-3235-JPO—Letter Motion Seeking Brief Adjournment of December 21, 2023 Settlement Conference

Dear Judge Parker:

This firm represents Plaintiff-Counterclaim Defendant Nielsen Consumer LLC d/b/a NielsenIQ ("NielsenIQ") in the above-captioned matter. Pursuant to Rule I(c) of the Court's Individual Practices in Civil Cases, NielsenIQ respectfully requests a brief adjournment of the upcoming Settlement Conference scheduled for December 21, 2023 to the Court's earliest next availability.

My co-lead counsel has unfortunately come down with COVID. We hope and expect a speedy recovery, but she will not yet be cleared to leave her home by this Thursday, when Your Honor has scheduled the in-person mediation (and we do not want to expose anyone unnecessarily). Opposing counsel has (with appreciation) consented to our request.

In view of the circumstances, <u>NielsenIQ requests a brief adjournment to a date that is convenient for Your Honor and the parties</u>. To the extent the Court is amenable to an adjournment, please let us know dates when the Court may be available for the settlement conference so that the parties can confer and pick a mutually agreeable date. We appreciate, given the upcoming holidays, that Your Honor's next availability may be early in the New Year.

NielsenIQ has not previously requested an adjournment of this Settlement Conference. I thank the Court for its consideration of this request.

*/s/ Joshua Berman*
Joshua Berman
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Telephone: 1 (212) 318-6000

*Counsel for Plaintiff-Counterclaim Defendant Nielsen Consumer LLC*

---

Request GRANTED. The settlement conference scheduled for **December 21, 2023** is adjourned. The Court will contact the parties to arrange a new date and time for a settlement conference. A status conference is scheduled for **Wednesday, January 10, 2024 at 4:15 p.m.** in Courtroom 17-D, U.S. Courthouse, 500 Pearl Street, New York NY.

SO ORDERED:

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE     12/18/2023