USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/13/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIELSON CONSUMER LLC,

                Plaintiffs,

-against-

CIRCANA GROUP, L.P.,

                Defendant.

**ORDER SCHEDULING DISCOVERY CONFERENCE**

**22-CV-3235 (JPO)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A telephonic Discovery Conference in this matter is hereby scheduled for **Wednesday, February 21, 2024 at 5:00 p.m** At the scheduled time counsel are directed to dial in to Judge Parker's teleconference line at**: 1-646 453-4442, ID #971 243 569#**

        SO ORDERED.

Dated:   February 13, 2024
            New York, New York

                                            KATHARINE H. PARKER
                                            United States Magistrate Judge