**PAUL HASTINGS**

February 14, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/15/2024
```

Honorable Katharine H. Parker
U.S. District Court for the
Southern District of New York
Room 750
500 Pearl Street
New York, NY 10007

Re:  Nielsen Consumer LLC d/b/a NielsenIQ v. Circana Group L.P., f/k/a The NPD Group L.P., No. 1:22-cv-3235-JPO-KHP—Adjournment of Discovery Conference and Extension to File Opposition

Dear Judge Parker:

We represent Plaintiff and Counterclaim-Defendant Nielsen Consumer LLC d/b/a NielsenIQ ("NielsenIQ") in the above-captioned case. Pursuant to Rule I(c) of the Court's Individual Practices in Civil Cases, NielsenIQ respectfully requests (i) a brief adjournment of the upcoming Discovery Conference scheduled for Wednesday, February 21, 2024 at 5:00 pm (*see* ECF No. 289) to a time convenient for the Court on Thursday, February 22, 2024; and (ii) an extension of time to respond to the letter (ECF No. 287) filed by Defendant Circana Group, L.P. ("Circana") from Thursday, February 15, 2024 to Monday, February 19, 2024 at 5:00 p.m.

The reason for the requested adjournment is that lead counsel for NielsenIQ (myself and my colleague Laura Logsdon) are currently on trial in in the U.S. District Court for the District of Oregon. The adjournment will allow us time to complete the trial and prepare for this Conference. We have conferred with counsel for Circana, who has advised that Circana consents to NielsenIQ's adjournment/extension requests and is available at any time before 12:30 p.m. on February 22.

NielsenIQ has not previously requested an adjournment of this Discovery Conference. I thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Joshua Berman*
Joshua Berman
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Telephone: 1 (212) 318-6000

*Counsel for Plaintiff-Counterclaim Defendant*

---

Request GRANTED. The conference scheduled for Wednesday, February 21, 2024 is hereby rescheduled to Thursday, February 29 at 4:00pm. The conference will be held via teleconference. Parties are directed to dial 646-453-4452, and enter access code 231353955.

SO ORDERED:

*Katharine H. Parker*   2/15/2024
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE