UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIELSON CONSUMER LLC,

                      Plaintiffs,

        -against-

CIRCANA GROUP, L.P.,

                      Defendant.

**ORDER**

22-CV-3235 (JPO)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The Court is in receipt of Plaintiff Nielsen Consumer LLC's request to seal and redact the transcript of the February 29, 2024 conference.  ECF No. 311.  In accordance with the undersigned's Individual Rule III(d) – the Plaintiff is directed to publicly file the transcript with the proposed redactions, and also electronically file under seal a copy of the unredacted document with the proposed redactions highlighted.

      SO ORDERED.

Dated:   March 13, 2024
          New York, New York

                                                  KATHARINE H. PARKER
                                             United States Magistrate Judge