```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/29/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIELSEN CONSUMER LLC,

                Plaintiffs,

-against-

CIRCANA GROUP, L.P.,

                Defendant.

**ORDER SCHEDULING SETTLEMENT CONFERENCES**

**22-CV-3235 (JPO)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

Settlement conferences in this matter are hereby scheduled for **Thursday, June 13, 2024 at 2:00 p.m.** and **Wednesday, July 24, 2024 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Updated pre-conference submissions must be received by the Court no later than **June 6, 2024 by 5:00 p.m.**

        SO ORDERED.

Dated:  April 29, 2024
           New York, New York

*Katharine H Parker*

                          KATHARINE H. PARKER
                          United States Magistrate Judge