USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/30/2024

555 California Street  415.875.2300
12th Floor  fenwick.com
San Francisco, CA 94104
Shannon E. Turner
sturner@fenwick.com | 650.335.7844

May 30, 2024

Honorable Katharine H. Parker
U.S. District Court, Southern District of New York
Room 750, 500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED**
*/s/ Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.   5/30/2024

Re:   *Nielsen Consumer LLC d/b/a NielsenIQ v. Circana Group, L.P.*, No. 1-22-cv-03235-JPO-KHP – Parties' Joint Request for a Stipulated Extension of Time to File Status Report

Dear Judge Parker:

Plaintiff and Counterclaim-Defendant Nielsen Consumer LLC ("NielsenIQ") and Defendant and Counterclaimant Circana Group, L.P. ("Circana") write jointly to request the Court extend by one day—i.e., until end-of-day on May 30—the deadline to file their status update report on discovery in this matter.

During the April 29 status conference, the Court instructed the parties to file a joint status update letter on May 29. While the parties have worked diligently to meet that deadline, their negotiations regarding custodians and related discovery issues continued throughout May 29, requiring a short extension of time to submit the joint status update. No prior request for an extension of time for the joint status report has been made by either party.

The parties apologize for the late notice of this extension and appreciate the Court's continued guidance as they attempt to negotiate a resolution of their dispute.

**PAUL HASTINGS LLP**

By:  */s/ Joshua A. Berman*
    Joshua A. Berman
    Laura Logsdon
    Rita Fishman
    200 Park Avenue
    New York, NY 10166
    Telephone: (212) 318-6000
    Email: joshuaberman@paulhastings.com
           lauralogsdon@paulhastings.com
           ritafishman@paulhastings.com

*Attorneys for Plaintiff-Counterclaim Defendant Nielsen Consumer LLC d/b/a NielsenIQ*

**FENWICK & WEST LLP**

By:  */s/ Shannon E. Turner*
    Laurence F. Pulgram
    Todd R. Gregorian
    Shannon E. Turner
    Charles E. Moulins
    555 California Street, 12th Floor
    San Francisco, CA 94104
    Telephone: (415) 875-2300
    Email: tgregorian@fenwick.com
           lpulgram@fenwick.com
           sturner@fenwick.com
           cmoulins@fenwick.com

*Attorneys for Defendant-Counterclaimant Circana Group L.P., f/k/a the NPD Group, L.P.*