UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/2024
```

NIELSON CONSUMER LLC,

                              Plaintiffs,

              -against-

CIRCANA GROUP, L.P.,

                              Defendant.

**SCHEDULING ORDER**

**22-CV-3235 (JPO)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The parties appeared before the undersigned at a case management conference held on

August 15, 2024.  As discussed at the conference and set forth more fully on the record it is

hereby ordered that:

- The parties will exchange document discovery from Jim Peck, Karyn Schoenbart, and Jeremy Allen.  The parties are permitted to redact portions of the documents for relevance, but must provide a redaction log;

- Defendant Circana Group, L.P. shall supplement its responses to Interrogatories 1, 2, and 3 consistent with the Court's instructions at the conference;

- Plaintiff Nielsen Consumer LLC shall serve a contention interrogatory to obtain the information sought by interrogatory number 4;

- The parties shall begin rolling document production by September 16, 2024;

- The Court adopts the proposed revised discovery schedule as follows:

  o Document productions must be substantially complete by November 4, 2024,

- o Interrogatories and Requests to Admit are due by January 13, 2025,

- o Depositions must be complete by February 13, 2025,

- o Fact Discovery will close on February 13, 2025,

- o Plaintiff's and Counterclaimant's expert disclosures are due by March 17, 2025,

- o Defendant and Counterclaim-Defendant's Expert disclosures are due by April 28, 2025

- o Expert discovery will close on May 16, 2025.

- A case management conference is hereby scheduled for October 1, 2024 at 2:30 p.m.  in Courtroom 17D, United States Courthouse, 500 Pearl Street, 10007.

**The Clerk of the Court is respectfully directed to terminate the motion at ECF Nos. 352 and 354.**

**SO ORDERED.**

Dated:    August 19, 2024
New York, New York

_Katharine H Parker_

_____
KATHARINE H. PARKER
United States Magistrate Judge