UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
NIELSON CONSUMER LLC,

                        Plaintiffs,

        -against-


CIRCANA GROUP, L.P.,

                        Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/2024

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

**22-CV-3235 (JPO)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A Case Management Conference in this matter will be held on **Wednesday, November 20, 2024 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. By **Thursday, October 31, 2024**, the parties shall exchange initial list of proposed deponents. By **Friday, November 15, 2024,** the parties shall submit a joint letter which sets out a proposed agenda for the conference.

SO ORDERED.

Dated: October 1, 2024
New York, New York

*Katharine H. Parker*

KATHARINE H. PARKER
United States Magistrate Judge