UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIELSON CONSUMER LLC,

                Plaintiff,

-against-

CIRCANA GROUP, L.P.,

                Defendant.

**ORDER ON MOTIONS TO SEAL**

22-CV-3235 (JPO)(KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2024

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On October 15, 2024, Plaintiff filed a Letter Motion requesting a partial redaction of the official transcript for the October 1, 2024 Status Conference "to redact references to non-public information concerning its commercial strategies." (ECF No. 395) On October 24, 2024, Defendant also filed a Letter Motion requesting a partial redaction of the official transcript for the October 1, 2024 Status Conference to redact "non-public, competitively sensitive information concerning the data Circana licenses to NielsenIQ under the parties' agreement." (ECF No. 396) On October 24, the parties jointly filed their proposed redactions to the official transcript for the October 1, 2024 Status Conference. (ECF Nos. 397 and 398) The Court has reviewed the parties' filings and finds that the redactions are narrowly tailored to protect competitive business information and are consistent with the *Lugosch* standard. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (finding that courts may grant motions to seal where the parties make "specific, on the record findings . . . demonstrating that closure is essential to preserve higher values and [sealing] is narrowly tailored to serve that interest."). Therefore, Plaintiff's and Defendant's Letter Motions to Seal are GRANTED.

The Clerk of the Court is respectfully directed to terminate the motions at ECF Nos. 395 and 396. Further, the Court Reporter is directed to adopt the redactions to the transcript for the October 1, 2024 Status Conference as contained in ECF No. 398.

SO ORDERED.

Dated: October 30, 2024
New York, New York

*Katharine H. Parker*

KATHARINE H. PARKER
United States Magistrate Judge