```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIELSON CONSUMER LLC,

                Plaintiffs,

-against-

CIRCANA GROUP, L.P.,

                Defendant.

**POST-CONFERENCE ORDER**

**22-CV-3235 (JPO)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On November 20, 2024, the parties appeared before the undersigned judge for a Case Management Conference. As discussed at the conference and set forth more fully on the record, it is hereby ordered that:

- Defendant Circana Group, L.P. ("Circana") shall supplement its responses to Nielson Consumer LLC's ("Nielson") Interrogatories 6 and 7 consistent with the Court's instructions at the conference.

- Plaintiff Nielsen is not required to identify by name the companies it made inquiries to regarding the relevant subject matter of Circana's Interrogatory 10 but shall otherwise supplement its responses to Interrogatory 10 consistent with the Court's instructions at the conference.

- The parties shall meet and confer regarding the definition at issue for Circana's Interrogatory 13 to reach an agreement on a supplemental response by Nielsen.

- Plaintiff Nielsen shall supplement its response to Interrogatory 15 consistent with the Court's instructions at the conference, after which the parties shall meet and confer

about Circana providing permission to Nielsen's counsel to share certain information marked Attorneys' Eyes Only ("AEO") with designated client representatives.

- For documents designated as AEO, the parties shall identify categories of documents they contend should not be marked AEO and meet and confer in an attempt to resolve any disagreement.

- **By November 27, 2024**, the parties shall file a joint letter updating the Court on the status of discovery for the items they were required to meet and confer and whether there remain any issues for the Court's resolution.

- **By December 20, 2024**, the parties shall file a joint status letter, updating the Court on the status of discovery.

SO ORDERED.

Dated: November 20, 2024
New York, New York

*Katharine H. Parker*

KATHARINE H. PARKER
United States Magistrate Judge