UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2024
```

NIELSON CONSUMER LLC,

                      Plaintiff,

-against-

CIRCANA GROUP, L.P.,

                      Defendant.

**ORDER ON MOTION TO SEAL**

22-CV-3235 (JPO)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On November 15, 2024, the parties filed a Joint Letter Motion requesting redaction of the parties' November 15, 2024 Joint Status Update Letter. (ECF No. 402) The parties also requested to file Exhibits A-D to the Joint Status Update Letter under seal and Exhibits E, F, and G in redacted form. (*Id.*) The parties note that the redactions are for "references to non-public and commercially sensitive business information and trade secrets." (*Id.*) On November 15, 2024, the parties also jointly filed their proposed redactions. (ECF Nos. 403 and 404)

      The Court has reviewed the parties' filings and finds that the redactions are narrowly tailored to protect competitive business information and are consistent with the *Lugosch* standard. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (finding that courts may grant motions to seal where the parties make "specific, on the record findings . . . demonstrating that closure is essential to preserve higher values and [sealing] is narrowly tailored to serve that interest."). Therefore, the parties' Joint Letter Motion to Seal is GRANTED.

The parties are advised that the documents and information placed under seal in connection with this discovery dispute may not be similarly treated in connection with a dispositive motion. The parties are further advised to consider whether it is necessary to attach certain documents in connection with a discovery dispute and whether they can minimize filings that they desire to place under seal.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 402.**

**SO ORDERED.**

Dated:   November 21, 2024
         New York, New York

*Katharine H. Parker*

KATHARINE H. PARKER
United States Magistrate Judge