UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIELSEN CONSUMER LLC,

                Plaintiff,

-against-

CIRCANA GROUP, L.P.,

                Defendant.

**ORDER ON MOTIONS TO SEAL**

**22-CV-3235 (JPO)(KHP)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/2/2025

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On December 2, 2024, Plaintiff filed a Letter Motion requesting a partial redaction of the official transcript for the November 20, 2024 Status Conference "to redact references to its competitively sensitive and non-public business information and information concerning its commercial strategies, as well as non-public information concerning its customers." (ECF No. 411) On December 16, 2024, Defendant also filed a Letter Motion requesting a partial redaction of the official transcript for the November 20, 2024 Status Conference "that are limited to non-public, competitively sensitive information concerning Circana's classification methodology for prestige beauty data." (ECF No. 414) On December 16, 2024, the parties jointly filed their proposed redactions to the official transcript for the November 20, 2024 Status Conference. (ECF Nos. 415 and 416)

      The information at issue is contained in a transcript discussing discovery disputes and pertains to definitions of certain terms at issue in the case but that are arguably competitively sensitive. At this point in the litigation, and because of the nature of the dispute, the Court finds that the narrowly tailored redactions are appropriate and consistent with the *Lugosch*

standard.  *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (finding that courts may grant motions to seal where the parties make "specific, on the record findings . . . demonstrating that closure is essential to preserve higher values and [sealing] is narrowly tailored to serve that interest").  Therefore, Plaintiff's and Defendant's Letter Motions to Seal are GRANTED.  However, the parties are advised that it is unlikely these items will be permitted to remain under seal if used in connection with a dispositive motion because of the higher public interest associated with such a filing.

**The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 411 and 414.  Further, the Court Reporter is directed to adopt the redactions to the transcript for the November 20, 2024 Status Conference as contained in ECF No. 416.**

SO ORDERED.

Dated:  January 2, 2025
New York, New York

*Katharine H. Parker*

KATHARINE H. PARKER
United States Magistrate Judge