```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NIELSEN CONSUMER LLC,

                               Plaintiff,

-against-

CIRCANA GROUP, L.P.,

                               Defendant.

**ORDER ON MOTIONS TO SEAL**

**22-CV-3235 (JPO)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On September 24, 2024, the parties filed a Joint Letter Motion requesting a partial redaction of the August 27, 2024 Opinion and Order entered by this Court at ECF No. 370 "to redact references to non-public information concerning their commercial strategies." (ECF No. 381) On that same date, the parties also filed a separate Joint Letter Motion requesting a partial redaction of the parties' September 24, 2024 Joint Status Letter "to redact references to non-public information concerning their commercial strategies and trade secrets." (ECF No. 383) On September 24, 2024, the parties filed their proposed redactions to the August 27, 2024 Opinion and Order, and on September 25, 2024, they filed their proposed redactions to their September 24, 2024 Joint Status Letter. (ECF Nos. 382 and 384)

      The Court has reviewed parties filings and finds that the proposed redactions for both the August 27, 2024 Opinion and Order and September 24, 2024 Joint Status Letter are narrowly tailored to protect confidential commercial information and trade secrets and are consistent with the *Lugosch* standard. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (finding that courts may grant motions to seal where the parties make "specific, on the record findings . . . demonstrating that closure is essential to preserve higher

values and [sealing] is narrowly tailored to serve that interest"). Therefore, the parties' Joint Letter Motions to Seal are GRANTED.

The Clerk of Court is respectfully directed to terminate the motions at ECF No. 381 and 383. Further, the Clerk of Court is also directed to keep the documents at ECF Nos. 382 and 384 under seal.

SO ORDERED.

Dated: January 3, 2025
New York, New York

KATHARINE H. PARKER
United States Magistrate Judge