```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NIELSEN CONSUMER LLC,

                             Plaintiff,

    -against-

CIRCANA GROUP, L.P.,

                             Defendant.

**ORDER ON MOTIONS TO SEAL**

**22-CV-3235 (JPO)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On August 29, 2024, Plaintiff filed a Letter Motion requesting a partial redaction of the official transcript for the August 15, 2024 Status Conference "to redact references to its non-public and highly confidential technical trade secrets, as well as non-public information concerning its commercial strategies."  (ECF No. 371)  On September 12, 2024, Defendant also filed a Letter Motion requesting a partial redaction of the official transcript for the August 15, 2024 Status Conference "that [is] limited to non-public, confidential, and commercially sensitive information."  (ECF No. 377)  On August 30, 2024, the parties jointly filed their proposed redactions to the official transcript for the August 15, 2024 Status Conference.  (ECF Nos. 378 and 379)

      The Court has reviewed the parties' filings and finds that the redactions are narrowly tailored to protect competitive business information and are consistent with the *Lugosch* standard.  *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (finding that courts may grant motions to seal where the parties make "specific, on the record findings . . . demonstrating that closure is essential to preserve higher values and [sealing] is narrowly tailored to serve that interest").  Therefore, Plaintiff's and Defendant's Letter Motions to Seal

are GRANTED. However, the parties are reminded that this information is unlikely to be permitted to remain under seal if used in connection with a dispositive motion in light of the higher public interest associated with such a filing.

**The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 371 and 377. Further, the Court Reporter is directed to adopt the redactions to the transcript for the August 15, 2024 Status Conference as contained in ECF No. 379.**

**SO ORDERED.**

Dated:   January 3, 2025
         New York, New York

                                              _____
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge