**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NIELSEN CONSUMER LLC,

                          Plaintiff,

-against-

CIRCANA GROUP, L.P.,

                          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/2025

**ORDER ON MOTION TO SEAL**

**22-CV-3235 (JPO)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On September 10, 2024, Plaintiff filed a Letter Motion requesting leave to file in redacted form its Answer to Defendant's Counterclaims because it "contain[s] and reference[s] commercially sensitive business information pertaining to the parties' relationship and business and sales information that, if disclosed, would cause competitive harm to NielsenIQ." (ECF No. 374) On September 10, 2024, Plaintiff filed its proposed redactions to its Answer to Defendant's Counterclaims. (ECF Nos. 375 and 376)

The Court has reviewed Defendant's filings and finds that the redactions are narrowly tailored to protect competitive business information and are consistent with the *Lugosch* standard. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (finding that courts may grant motions to seal where the parties make "specific, on the record findings . . . demonstrating that closure is essential to preserve higher values and [sealing] is narrowly tailored to serve that interest"). Therefore, Defendant's Letter Motion to Seal is GRANTED.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 374. Further, the Clerk of Court is also directed to keep the document at ECF No. 375 under seal.**

        **SO ORDERED.**

Dated:    January 3, 2025
             New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge