UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIELSEN CONSUMER LLC,

                     Plaintiff,

-against-

CIRCANA GROUP, L.P.,

                     Defendant.

**ORDER ON MOTION TO SEAL**

**22-CV-3235 (JPO)(KHP)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/8/2025

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       On January 7, 2025, Plaintiff filed a Letter Motion requesting permission to seal portions of its Reply to Defendant's Opposition to its Letter Motion for Leave to Amend the Complaint and to file under seal the accompanying Exhibits A-E to the Reply because the redacted information has been designated as "confidential and/or attorney's eyes only" and contains "highly sensitive commercial information that, if disclosed, would cause competitive harm to both [Plaintiff] and Circana." (ECF No. 438) On that same date, Plaintiff filed its proposed redactions to its Reply and accompanying Exhibits A-E. (ECF Nos. 439 and 440)

       The Court has reviewed Plaintiff's filings and finds that the redactions are narrowly tailored to protect confidential and sensitive commercial information and are consistent with the *Lugosch* standard. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (finding that courts may grant motions to seal where the parties make "specific, on the record findings . . . demonstrating that closure is essential to preserve higher values and [sealing] is narrowly tailored to serve that interest"). Therefore, Plaintiff's Letter Motion to Seal is GRANTED.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 438.**

**Further, the Clerk of Court is also directed to keep the document at ECF No. 440 under seal.**

**SO ORDERED.**

Dated:   January 8, 2025
         New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge