**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NIELSEN CONSUMER LLC,

                        Plaintiff,

-against-

CIRCANA GROUP, L.P.,

                        Defendant.

**ORDER ON MOTION TO SEAL**

**22-CV-3235 (JPO)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On December 23, 2024, Defendant filed a Letter Motion requesting to file in redacted form its Response to Plaintiff's Letter Motion for Leave to Amend its Complaint and file under seal the accompanying Exhibits A-D of its Response to redact "non-public, competitively sensitive information concerning the data Circana licenses to NielsenIQ under the parties' agreement, as well as information contained in confidential documents and communications that have been produced in this litigation." (ECF No. 424) On that same date, Defendant filed its proposed redactions to its Response and accompanying Exhibits A-D. (ECF Nos. 425 and 426)

      The Court has reviewed Defendant's filings and finds that the redactions are narrowly tailored to protect confidential and competitive business information and are consistent with the *Lugosch* standard. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (finding that courts may grant motions to seal where the parties make "specific, on the record findings . . . demonstrating that closure is essential to preserve higher values and [sealing] is narrowly tailored to serve that interest"). Therefore, Defendant's Letter Motion to Seal is GRANTED.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 424.**

**Further, the Clerk of Court is also directed to keep the document at ECF No. 426 under seal.**

**SO ORDERED.**

Dated: January 9, 2025
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge