**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NIELSEN CONSUMER LLC,  Plaintiff,  -against-  CIRCANA GROUP, L.P.,  Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 2/3/2025<br><br>**ORDER ON MOTION TO SEAL**<br><br>22-CV-3235 (JPO)(KHP) |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On January 30, 2025, Defendant filed a Letter Motion requesting to file in redacted form its Notice of Motion to Dismiss and accompanying Memorandum of Law in Support of such motion. (ECF No. 451) Defendant also requested to file under seal Exhibit A to the Declaration of Matthew J. Revis. (*Id.*) Defendant notes that the redactions are for "non-public, competitively sensitive information concerning the data Circana licenses to NielsenIQ under the parties' agreement, as well as information contained in confidential documents and communications that have been produced in this litigation." (*Id.*) On that same date, Defendant also filed its proposed redactions. (ECF Nos. 452-57)

The Court has reviewed Defendant's filings and finds that the redactions are narrowly tailored to protect competitively sensitive business information and other confidential information and are consistent with the *Lugosch* standard. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (finding that courts may grant motions to seal where the parties make "specific, on the record findings . . . demonstrating that closure is essential to preserve higher values and [sealing] is narrowly tailored to serve that interest."). Therefore, Defendant's Letter Motion to Seal is GRANTED.

Defendant is reminded that the documents and information placed under seal in connection with this request may not be similarly treated in connection with a dispositive motion.

**The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 451, 452 and 455. Further, the Clerk of Court is also respectfully directed to keep the documents at ECF Nos. 455, 456 and 457 under seal.**

**SO ORDERED.**

Dated: February 3, 2025
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge