**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

NIELSEN CONSUMER LLC,

                          Plaintiff,

          -against-

CIRCANA GROUP, L.P.,

                          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2025

<u>ORDER ON MOTION TO SEAL</u>

22-CV-3235 (JPO)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On February 27, 2025, Plaintiff filed a Letter Motion requesting to file in redacted form its Memorandum of Law in Opposition to Defendant's Motion to Dismiss ("Opposition").  (ECF No. 464)  Plaintiff also requested to file under seal Exhibit A to the Opposition.  (*Id.*)  Plaintiff notes that the redactions to the Opposition are for "details concerning the terms of the parties' Agreement and commercially sensitive information pertaining to the parties' business dealings, which have been kept under seal (at the request of both parties) throughout this litigation."  (*Id.*)  Plaintiff further notes that Exhibit A "has been designated by Circana through endorsement for attorney's eyes only-treatment pursuant to the parties' Protective Order."  (*Id.*)  On that same date, Defendant also filed its proposed redactions.  (ECF Nos. 465-66)

      The Court has reviewed Plaintiff's filings and finds that the redactions are narrowly tailored to protect commercially sensitive business information and other confidential information and are consistent with the *Lugosch* standard.  *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (finding that courts may grant motions to seal where the parties make "specific, on the record findings . . . demonstrating that closure is

essential to preserve higher values and [sealing] is narrowly tailored to serve that interest.").

Therefore, Plaintiff's Letter Motion to Seal is GRANTED.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 464.**

**Further, the Clerk of Court is also respectfully directed to keep the documents at ECF Nos. 465 and 466 under seal.**

SO ORDERED.

Dated:   February 28, 2025
         New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge