```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIELSON CONSUMER LLC, | |
|                               Plaintiffs, | |
|        -against- | |
| CIRCANA GROUP, L.P., | |
|                               Defendant. | |

<u>ORDER SCHEDULING</u>
<u>CASE MANAGEMENT CONFERENCE</u>

22-CV-3235 (JPO)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A Case Management Conference in this matter to discuss discovery updates and any significant case developments will be held on **Thursday, March 27, 2025 at 2:30 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated:   February 28, 2025
            New York, New York

                                                            KATHARINE H. PARKER
                                                             United States Magistrate Judge