**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NIELSEN CONSUMER LLC,

                        Plaintiff,

    -against-

CIRCANA GROUP, L.P.,

                        Defendant.

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2025

**ORDER ON MOTION TO SEAL**

**22-CV-3235 (JPO)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        On March 7, 2025, Defendant filed a Letter Motion requesting to file in redacted form its Notice of Additional Defenses and its accompanying Exhibit A. (ECF No. 474) Defendant notes that the redactions are "limited to non-public, competitively sensitive information concerning the data Circana licenses to NielsenIQ under the parties' agreement." (*Id.*) On March 7, 2025, Defendant also filed its proposed redactions. (ECF Nos. 475 and 476)

        The Court has reviewed Defendant's filings and finds that the proposed redactions are narrowly tailored to protect competitively sensitive and confidential information and are consistent with the *Lugosch* standard. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (finding that courts may grant motions to seal where the parties make "specific, on the record findings . . . demonstrating that closure is essential to preserve higher values and [sealing] is narrowly tailored to serve that interest"). Therefore, Defendant's Letter Motions to Seal is GRANTED.

        Defendant is reminded that it is unlikely these items will be permitted to remain under seal if used in connection with a dispositive motion because of the higher public interest associated with such a filing.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 474.**

**Further, the Clerk of Court is directed to keep the document at ECF No. 476 under seal.**

    **SO ORDERED.**

Dated:   March 10, 2025
            New York, New York

                                                    KATHARINE H. PARKER
                                                  United States Magistrate Judge