```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/12/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NIELSEN CONSUMER LLC,

                                 Plaintiff,

                   -against-

CIRCANA GROUP, L.P.,

                              Defendant.

**ORDER ON MOTION TO SEAL**

**22-CV-3235 (JPO)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On March 11, 2025, Plaintiff filed a Letter Motion requesting to seal portions of its letter in response to Defendant's Notice of Additional Defenses filed on March 7, 2025 because the letter "contains, refers to, and describes details concerning the terms of the parties' Agreement and commercially sensitive information pertaining to the parties' business dealings, which have been kept under seal (at the request of both parties) throughout this litigation."  (ECF No. 478) (*Id.*)  On March 11, 2025, Plaintiff also filed its proposed redactions.  (ECF Nos. 479 and 480)

The Court has reviewed Plaintiff's filings and finds that the proposed redactions are narrowly tailored to protect commercially sensitive and confidential business information and are consistent with the *Lugosch* standard.  *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (finding that courts may grant motions to seal where the parties make "specific, on the record findings . . . demonstrating that closure is essential to preserve higher values and [sealing] is narrowly tailored to serve that interest").  Therefore, Plaintiff's Letter Motion to Seal is GRANTED.

Plaintiff is reminded that it is unlikely these items will be permitted to remain under seal if used in connection with a dispositive motion because of the higher public interest associated with such a filing.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 478.**

**Further, the Clerk of Court is directed to keep the document at ECF No. 479 under seal.**

**SO ORDERED.**

Dated:    March 12, 2025
          New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge