**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NIELSEN CONSUMER LLC,

                       Plaintiff,

-against-

CIRCANA GROUP, L.P.,

                       Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/14/2025

<u>ORDER ON MOTION TO SEAL</u>

22-CV-3235 (JPO) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On March 13, 2025, Defendant filed a Letter Motion requesting to file in redacted form its Reply Brief in Support of its Motion to Dismiss because the brief contains "non-public terms of the parties' confidential license agreement, confidential information concerning the parties' ongoing business dealings, and information that NielsenIQ considers non-public and commercially sensitive."  (ECF No. 482)  On March 13, 2025, Defendant also filed its proposed redactions.  (ECF Nos. 483 and 484)

The Court has reviewed Defendant's filings and finds that the proposed redactions are narrowly tailored to protect commercially sensitive and confidential business information and are consistent with the *Lugosch* standard.  *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (finding that courts may grant motions to seal where the parties make "specific, on the record findings . . . demonstrating that closure is essential to preserve higher values and [sealing] is narrowly tailored to serve that interest").  Therefore, Defendant's Letter Motion to Seal is GRANTED.

**<u>The Clerk of Court is respectfully directed to terminate the motion at ECF No. 482. Further, the Clerk of Court is directed to keep the document at ECF No. 484 under seal.</u>**

**SO ORDERED.**

Dated:   March 14, 2025
        New York, New York

                                                               KATHARINE H. PARKER
                                                        United States Magistrate Judge