```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIELSEN CONSUMER LLC,

                          Plaintiff,

-against-

CIRCANA GROUP, L.P.,

                          Defendant.

**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**

22-CV-3235 (JPO)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       The time for the Case Management Conference scheduled on Thursday, March 27, 2025 at 2:30 p.m. is hereby moved to **3:00 p.m.**

       **SO ORDERED.**

Dated:  March 26, 2025
            New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge