**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NIELSEN CONSUMER LLC,

                      Plaintiff,

-against-

CIRCANA GROUP, L.P.,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/2025

**ORDER ON MOTION TO SEAL**

**22-CV-3235 (JPO) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On March 24, 2025, the parties filed a Letter Motion requesting to seal portions of their March 24, 2025 Joint Status Letter and to file Exhibits C, D, E, G, I, and 8 under seal and Exhibits A, B, F, H, J, K, L, 1-7, and 9-12 in redacted form because "they contain, refer to, or describe details concerning the terms of the parties' Agreement, commercially sensitive information pertaining to the parties' commercial strategies, and NielsenIQ's highly confidential trade secrets." (ECF No. 489) On March 25, 2025, the parties also filed their proposed redactions. (ECF Nos. 490, 491 and 493)

      The Court has reviewed the parties' filings and finds that the proposed redactions are narrowly tailored to protect commercially sensitive and confidential business information and trade secrets and are consistent with the *Lugosch* standard. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (finding that courts may grant motions to seal where the parties make "specific, on the record findings . . . demonstrating that closure is essential to preserve higher values and [sealing] is narrowly tailored to serve that interest"). Therefore, the parties' Letter Motion to Seal is GRANTED.

The parties are reminded that it is unlikely these items will be permitted to remain under seal if used in connection with a dispositive motion because of the higher public interest associated with such a filing.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 489. Further, the Clerk of Court is directed to keep the documents at ECF Nos. 490 and 493 under seal.**

**SO ORDERED.**

Dated:   March 26, 2025
         New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge