**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2025
```

NIELSEN CONSUMER LLC,

                        Plaintiff,

-against-

CIRCANA GROUP, L.P.,

                        Defendant.

<u>ORDER ON MOTION TO SEAL</u>

**22-CV-3235 (JPO)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On April 4, 2025, Plaintiff filed a Letter Motion requesting to seal portions of its Memorandum of Law in Support of Its Motion to Compel Defendant to respond to its Third Interrogatory and Letter Motion to Compel production of clawed back documents and to file related exhibits entirely under seal or in redacted form. (ECF No. 506) Plaintiff notes that the redactions are limited to "references to non-public and commercially sensitive business information and trade secrets at issue in this litigation, as well as documents designated as highly confidential by Defendant pursuant to the parties' Protective Order." (*Id.*) On April 4, 2025, Plaintiff also filed its proposed redactions and documents to be filed entirely under seal. (ECF Nos. 507-12)

      The Court has reviewed Plaintiff's filings and finds that the proposed redactions are narrowly tailored to protect commercially sensitive and confidential information and are consistent with the *Lugosch* standard. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (finding that courts may grant motions to seal where the parties make "specific, on the record findings . . . demonstrating that closure is essential to preserve higher values and [sealing] is narrowly tailored to serve that interest"). The Court further finds that

the documents to be filed entirely under seal are also consistent with the *Lugosch* standard. *See id.* Therefore, Plaintiff's Letter Motion to Seal is GRANTED.

Plaintiff is reminded that it is unlikely these items will be permitted to remain under seal if used in connection with a dispositive motion because of the higher public interest associated with such a filing.

**The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 506 and 507. Further, the Clerk of Court is also directed to keep the documents at ECF Nos. 507 and 512 under seal.**

SO ORDERED.

Dated:   April 8, 2025
         New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge