**PAUL HASTINGS**

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 5/9/2025

> Plaintiff's Letter Motion is hereby GRANTED. The case management conference scheduled on June 26, 2025 is hereby adjourned to **July 8, 2025** at **3:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York 10007.
>
> SO ORDERED:
>
> /s/ Katharine H. Parker    5/9/2025
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE

May 8, 2025

Honorable Katharine H. Parker
U.S. District Court, Southern District of New York
Room 750, 500 Pearl Street
New York, NY 10007

Re: *Nielsen Consumer LLC d/b/a NielsenIQ v. Circana Group, L.P.*, No. 1:22-cv-3235-JPO-KHP— Discovery Conference

Dear Judge Parker:

We represent Plaintiff and Counterclaim-Defendant Nielsen Consumer LLC d/b/a NielsenIQ ("NielsenIQ") in the above-captioned case. Pursuant to Rule I(c) of the Court's Individual Practices in Civil Cases, NielsenIQ respectfully requests that the upcoming Discovery Conference, currently scheduled for Thursday, June 26, 2025, at 11:30 am (*see* ECF No. 529), be rescheduled for Wednesday, June 25, 2025, or at any other time convenient for the Court.

The reason for the requested scheduling change is that counsel for NielsenIQ has a conflict on June 26. Counsel for Circana has stated that it has no objection to NielsenIQ's request and that it is also available on June 25th. Counsel for NielsenIQ is also available on July 1-3 the following week and will make itself available for any other day that is convenient for the Court.

As the Parties did not have any ripe discovery disputes at that time, the Parties had once previously requested an adjournment of this Discovery Conference, which was originally scheduled for May 7, 2025 (*see* ECF No. 529).

Respectfully submitted,

PAUL HASTINGS LLP


By: */s/ Joshua Berman*
    Joshua A. Berman
    Laura Logsdon
    200 Park Avenue
    New York, NY  10166
    Telephone: (212) 318-6000
    Email:  joshuaberman@paulhastings.com
            lauralogsdon@paulhastings.com


    *Attorneys for Plaintiff-Counterclaim Defendant Nielsen Consumer LLC d/b/a NielsenIQ*

1