UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIELSEN CONSUMER LLC,

                    Plaintiff,

-against-

CIRCANA GROUP, L.P.,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/9/2025

**ORDER ON MOTION TO SEAL**

**22-CV-3235 (JPO)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On May 8, 2025, Plaintiff filed a Letter Motion requesting to seal portions of the Court's Opinion and Order on Plaintiff's Motions to Compel. (ECF No. 532) Plaintiff notes that the redactions are for "references to its trade secrets at issue and changes made to ReceiptPal's data collection that have been redacted throughout this litigation." (*Id.*) On that same date, Plaintiff also filed its proposed redactions. (ECF Nos. 533 and 534)

The Court has reviewed Plaintiff's filings and finds that the redactions are narrowly tailored to protect sensitive trade secret and other confidential information and are consistent with the *Lugosch* standard. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (finding that courts may grant motions to seal where the parties make "specific, on the record findings . . . demonstrating that closure is essential to preserve higher values and [sealing] is narrowly tailored to serve that interest."). Therefore, Plaintiff's Letter Motion to Seal is GRANTED.

Plaintiff is reminded that the information placed under seal in connection with this request may not be similarly treated in connection with a dispositive motion.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 532.**

**Further, the Clerk of Court is also respectfully directed to keep the documents at ECF Nos. 530 and 534 under seal.**

    **SO ORDERED.**

Dated:   May 9, 2025
            New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge