**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

NIELSEN CONSUMER LLC,

                        Plaintiff,

     -against-

CIRCANA GROUP, L.P.,

                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/19/2025

**ORDER ON MOTIONS TO SEAL**

**22-CV-3235 (JPO) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On April 8, 2025, Defendant filed a Letter Motion requesting partial redaction of the official transcript of the March 27, 2025 status conference. (ECF No. 513) Defendant notes that the proposed redactions are for "references to its trade secrets, details concerning the parties' License Agreement, aspects of NielsenIQ's fraudulent concealment claim consistent with redactions made in prior filings, and information related to NielsenIQ's finances." (*Id.*) On April 23, 2025, Plaintiff also filed a Letter Motion requesting partial redaction of said transcript. (ECF No. 520) Plaintiff notes that the proposed redactions are for "non-public, competitively sensitive information pertaining to details under the parties' agreement, as well as deposition testimony and information contained in confidential documents and communications that have been produced in this litigation." (*Id.*) The parties also filed their proposed redactions with the Court. (ECF No. 526)

      The Court has reviewed the parties' filings and finds that the redactions are narrowly tailored to protect trade secrets and other confidential information and are consistent with the *Lugosch* standard. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (finding that courts may grant motions to seal where the parties make "specific, on the record

findings . . . demonstrating that closure is essential to preserve higher values and [sealing] is narrowly tailored to serve that interest."). Therefore, Plaintiff's and Defendant's Letter Motions to Seal are GRANTED.

The parties are reminded that the documents and information placed under seal in connection with this request may not be similarly treated in connection with a dispositive motion.

**The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 513 and 525. Further, the Clerk of Court is also respectfully directed to keep the documents at ECF Nos. 500, 502 and 526 under seal.**

**SO ORDERED.**

Dated:  May 19, 2025
        New York, New York

                                                    _____
                                                          KATHARINE H. PARKER
                                                       United States Magistrate Judge