**HUNTON**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/09/2025
```

**MEMO ENDORSED**

HUNTON ANDREWS KURTH LLP
2200 PENNSYLVANIA AVENUE, NW
WASHINGTON, D.C. 20037-1701

TEL   202 • 955 • 1500
FAX   202 • 778 • 2201

NEIL K. GILMAN
DIRECT DIAL: 202 • 955 • 1674
EMAIL: ngilman@HuntonAK.com

June 9, 2025

Honorable Katharine H. Parker
U.S. District Court for the
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

Re:   *Nielsen Consumer LLC d/b/a NielsenIQ v. Circana Group, L.P.*, No. 1:22-cv-3235-JPO-KHP – Unopposed Request to Reschedule July 8, 2025 Case Management Conference

Dear Judge Parker:

We represent Defendant and Counterclaimant Circana Group L.P. ("Circana") in the above-captioned matter. Pursuant to Rule I(c) of the Court's Individual Practices in Civil Cases, Circana respectfully requests that the upcoming Case Management Conference, currently scheduled for Tuesday, July 8, 2025, at 3:00 pm (*see* ECF No. 541), be rescheduled for any time on or after July 16, 2025, at the convenience of the Court.

The reason for the requested scheduling change is because lead counsel for Circana has a conflict on July 8. Counsel for NielsenIQ has stated that it has no objection to Circana's request. Counsel for both Circana and NielsenIQ are available on or after July 16, and the Parties will make themselves available at the Court's convenience.

The Parties previously requested an adjournment of this Case Management Conference, which was originally scheduled for May 7, 2025 (*see* ECF No. 529), as there were no ripe discovery disputes at the time. This Conference was then rescheduled once at NielsenIQ's request, also because of a conflict with counsel's schedule (*see* ECF No. 541).

Respectfully submitted,

**HUNTON ANDREWS KURTH LLP**

By:  */s/* Neil K. Gilman
―――――――――――――――――――
Neil K. Gilman (admitted *pro hac vice*)
Matthew J. Revis (admitted *pro hac vice*)
2200 Pennsylvania Avenue, NW
Washington, DC 20037

**FENWICK & WEST LLP**

Laura T. Moran (NY Bar No. 4909446)
Charles E. Moulins (NY Bar No. 5304688)
Justine A. Vandermel (NY Bar No. 6089031)
902 Broadway, Suite 14

# HUNTON

Honorable Katharine H. Parker
June 9, 2025
Page 2

Telephone: 202-955-1500
Facsimile: 202-788-2200
Email: ngilman@hunton.com
      mrevis@hunton.com

Daniel R. Stefany (admitted *pro hac vice*)
Madison W. Sherrill (admitted *pro hac vice*)
60 State Street Boston, MA 20037
Telephone: 617-648-2800
Facsimile: 617-433-5022
Email: dstefany@hunton.com
      msherrill@hunton.com

New York, NY  10010
Telephone:  415.875.2300
Facsimile:  650.938.5200
Email: laura.moran@fenwick.com
      cmoulins@fenwick.com
      justine.vandermel@fenwick.com

*Attorneys for Defendant and Counterclaimant Circana, LLC*

**APPLICATION GRANTED:**  The case management conference scheduled on July 8, 2025 at 3:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York 10007 is hereby rescheduled to <u>Wednesday, July 30, 2025 at 2:30 p.m.</u>

APPLICATION GRANTED

*Kathaine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

**06/09/2025**

2

127402.0000003 DMS 351522104v3