UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIELSEN CONSUMER LLC, *doing business as* NielsenIQ,

                Plaintiff,

-v-

CIRCANA GROUP, L.P.,

                Defendant.

22-CV-3235 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The parties are directed to appear in person for a hearing on the motion for contempt on **September 11, 2025 at 11:00 a.m.** The hearing will take place in Courtroom 706, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

    SO ORDERED.

Dated: August 14, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge