**PAUL**

**HASTINGS**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___8/29/2025___
```

August 27, 2025

Honorable Katharine H. Parker
U.S. District Court, Southern District of New York
Room 750, 500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED**

*Katharine H. Parker*  8/29/2025

**Hon. Katharine H. Parker, U.S.M.J.**

Re:     *Nielsen Consumer LLC v. Circana Group, L.P.*, No. 1:22-cv-3235-JPO-KHP—NIQ and Circana's Joint Request for Expert Discovery Adjournment and Summary Judgment/Daubert Motion Schedule

Dear Judge Parker:

Plaintiff and Counterclaim-Defendant Nielsen Consumer LLC ("NIQ") and Defendant and Counterclaimant Circana Group, L.P. ("Circana") submit this joint letter to request a brief two-week extension of the expert discovery schedule and propose the below schedule for dispositive motions, as well as motions to exclude the testimony of experts.

The parties have completed all fact depositions and are working to resolve outstanding discovery disputes.  In an effort to resolve discovery disputes without burdening the Court, Circana has agreed to produce additional documents and both parties have agreed to supplement interrogatory responses. In order to give both parties' experts a chance to review, analyze, and rely on the supplemental document productions and interrogatory responses, the parties are requesting a brief two-week extension of the expert discovery schedule.

In addition, pursuant to Your Honor's July 30, 2025 Order, the parties have also agreed on a proposed schedule for dispositive motions and motions to exclude the testimony of experts.

Accordingly, the parties jointly request the below modifications to the expert discovery schedule. A proposed schedule for summary judgment and *Daubert* motions is also included below.  The parties are available to discuss this request if it would be helpful for the Court and we thank the Court for consideration of this request.

Proposed Schedule:

- Completion of Expert Discovery: December 1, 2025 (currently November 17, 2025)
    - Expert Disclosures on Issues for Which the Party Has the Burden of Proof – September 19, 2025 (currently September 5, 2025)
    - Rebuttal Report Expert Disclosures – October 30, 2025 (currently October 17, 2025)

- Motions for Summary Judgment and Motions to Exclude Expert Testimony
    - Opening Briefs – February 6, 2026
    - Opposition Briefs – April 7, 2026
    - Reply Briefs – May 8, 2026

**PAUL**
**HASTINGS**

Respectfully submitted,

**PAUL HASTINGS LLP**

By: *Joshua Berman*
    Joshua A. Berman
    Laura Logsdon
    Benjamin Gilberg
    200 Park Avenue
    New York, NY 10166
    Telephone: (212) 318-6000
    joshuaberman@paulhastings.com
    lauralogsdon@paulhastings.com
    benjamingilberg@paulhastings.com

    Tamerlin Godley (admitted *pro hac vice*)
    515 South Flower Street
    Los Angeles, CA 90071
    Telephone: (213) 683-6230
    tamerlingodley@paulhastings.com

    *Attorneys for Plaintiff and Counterclaim*
    *Defendant Nielsen Consumer LLC d/b/a*
    *NIQ*

**HUNTON ANDREWS KURTH LLP**

By: *Neil K. Gilman*
    Neil K. Gilman (admitted *pro hac vice*)
    Matthew J. Revis (admitted *pro hac vice*)
    2200 Pennsylvania Avenue, NW
    Washington, DC 20037
    Telephone: 202-955-1500
    Facsimile: 202-788-2200

    Daniel R. Stefany
    (admitted *pro hac vice*)
    Madison W. Sherrill
    (admitted *pro hac vice*)
    60 State Street Boston, MA 20037
    Telephone: 617-648-2800
    Facsimile: 617-433-5022

    Laura T. Wagner (admitted *pro hac vice*)
    Bank of America Plaza, Suite 4100
    600 Peachtree Street, NE
    Atlanta, GA 30308
    Telephone: 404-888-4000
    Facsimile: 404-602-9016

**FENWICK & WEST LLP**

    Laura T. Moran
    (NY Bar No. 4909446)
    Charles E. Moulins
    (NY Bar No. 5304688)
    Justine A. Vandermel
    (NY Bar No. 6089031)
    902 Broadway, Suite 14
    New York, NY 10010
    Telephone: 415-875-2300
    Facsimile: 650-938-5200

    *Attorneys for Defendant and*
    *Counterclaimant Circana Group L.P.*

2