UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIELSEN CONSUMER LLC,

                     Plaintiff,

-against-

CIRCANA GROUP, L.P.,

                     Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/29/2025

ORDER ON MOTIONS TO SEAL

22-CV-3235 (JPO) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On August 11, 2025, Plaintiff filed a Letter Motion requesting partial redaction of the official transcript of the July 30, 2025 status conference. (ECF No. 587) Plaintiff notes that the proposed redactions are for "references to information concerning non-public data use and reporting practices, and the injury brought to certain business relationships resulting from Circana's conduct." (*Id.*) On August 21, 2025, Defendant also filed a Letter Motion requesting partial redaction of said transcript. (ECF No. 592) Defendant notes that the proposed redactions are for "non-public, competitively sensitive information concerning the terms and details of the parties' agreement, related data use and reporting practices, and trade secrets at issue in this litigation." (*Id.*) The parties also filed their proposed redactions with the Court. (ECF No. 593)

      The Court has reviewed the parties' filings and finds that the redactions are narrowly tailored to protect trade secrets and other confidential business information and are consistent with the *Lugosch* standard. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (finding that courts may grant motions to seal where the parties make "specific, on the record findings . . . demonstrating that closure is essential to preserve higher values and

[sealing] is narrowly tailored to serve that interest."). Therefore, Plaintiff's and Defendant's Letter Motions to Seal are GRANTED.

The parties are reminded that the documents and information placed under seal in connection with this request may not be similarly treated in connection with a dispositive motion.

**The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 587 and 592. Further, the Clerk of Court is also respectfully directed to keep the documents at ECF Nos. 584 and 593 under seal.**

**SO ORDERED.**

Dated: August 29, 2025
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge