**PAUL**

**H A S T I N G S**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/12/2025

September 10, 2025

Honorable Katharine H. Parker
U.S. District Court, Southern District of New York
Room 750, 500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED**

*Katharine H. Parker*    9/12/2025

**Hon. Katharine H. Parker, U.S.M.J.**

Re:    *Nielsen Consumer LLC v. Circana Group, L.P.*, No. 1:22-cv-3235-JPO-KHP—NIQ and
       Circana's Joint Request for Expert Discovery Adjournment

Dear Judge Parker:

Plaintiff and Counterclaim-Defendant Nielsen Consumer LLC ("NIQ") and Defendant and
Counterclaimant Circana Group, L.P. ("Circana") submit this joint letter to request a further
revision of the expert discovery schedule.

There was some confusion between the parties as to what reports were due when, relating to who
bore the burden of proof and other issues. The parties have now clarified these issues, resulting in
a slight change to the overall expert discovery schedule. Specifically, they have agreed, subject to
leave of Court, to the following schedule:

- Deadline for NIQ to serve its Expert Disclosures/Reports – September 19, 2025
  - This date is the same as the previous schedule but does not require the exchange of
    all reports for which a party has the burden of proof, only NIQ's affirmative reports.
- Deadline for Circana to serve its Expert Disclosures/Reports – October 30, 2025
  - This is also the same date as the previous schedule but relates only to Circana.
- Deadline for NIQ to serve its Responsive Expert Disclosures/Reports – December 3, 2025
  - This is a new deadline and, thus, new date on the schedule.
- Deadline for Completion of Expert Discovery: January 9, 2026 (formerly December 1,
  2025)

The current schedule for summary judgment and *Daubert* motions would remain as is.

Accordingly, the parties jointly request the below modifications to the expert discovery schedule.
The parties are available to discuss this request if it would be helpful for the Court and we thank
the Court for consideration of this request.

Proposed Schedule:

- Completion of Expert Discovery – January 9, 2026
  - NIQ's Expert Disclosures/Reports – September 19, 2025
  - Circana's Expert Disclosures/Reports – October 30, 2025
  - NIQ's Responsive Expert Disclosures/Reports – December 3, 2025

1

## PAUL
## HASTINGS

Respectfully submitted,

PAUL HASTINGS LLP

By:  *Joshua Berman*
     Joshua A. Berman
     Laura Logsdon
     Benjamin Gilberg
     200 Park Avenue
     New York, NY 10166
     Telephone: (212) 318-6000
     joshuaberman@paulhastings.com
     lauralogsdon@paulhastings.com
     benjamingilberg@paulhastings.com

     Tamerlin Godley (admitted *pro hac vice*)
     515 South Flower Street
     Los Angeles, CA 90071
     Telephone: (213) 683-6230
     tamerlingodley@paulhastings.com

     *Attorneys for Plaintiff and Counterclaim Defendant Nielsen Consumer LLC d/b/a NIQ*

HUNTON ANDREWS KURTH LLP

By:  *Neil K. Gilman*
     Neil K. Gilman (admitted *pro hac vice*)
     Matthew J. Revis (admitted *pro hac vice*)
     2200 Pennsylvania Avenue, NW
     Washington, DC 20037
     Telephone: 202-955-1500
     Facsimile: 202-788-2200

     Daniel R. Stefany
     (admitted *pro hac vice*)
     Madison W. Sherrill
     (admitted *pro hac vice*)
     60 State Street Boston, MA 20037
     Telephone: 617-648-2800
     Facsimile: 617-433-5022

     Laura T. Wagner (admitted *pro hac vice*)
     Bank of America Plaza, Suite 4100
     600 Peachtree Street, NE
     Atlanta, GA 30308
     Telephone: 404-888-4000
     Facsimile: 404-602-9016

FENWICK & WEST LLP

     Laura T. Moran
     (NY Bar No. 4909446)
     Charles E. Moulins
     (NY Bar No. 5304688)
     Justine A. Vandermel
     (NY Bar No. 6089031)
     902 Broadway, Suite 14
     New York, NY 10010
     Telephone: 415-875-2300
     Facsimile: 650-938-5200

     *Attorneys for Defendant and Counterclaimant Circana Group L.P.*