```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NIELSEN CONSUMER LLC,

                              Plaintiff,

            -against-

CIRCANA GROUP, L.P.,

                              Defendant.

**ORDER ON MOTION FOR DISCOVERY**
**CONFERENCE AND MOTIONS TO SEAL**

**22-CV-3235 (JPO)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On September 9, 2025, Plaintiff filed a Letter Motion requesting a pre-motion discovery conference to address certain discovery disputes between the parties.  (ECF No. 610)  On September 12, 2025, Defendant filed its response to Plaintiff's Letter Motion in which it agreed that a discovery conference is warranted.  (ECF No. 615)  The Court has reviewed the parties' filings and hereby GRANTS Plaintiff's Letter Motion.  **A discovery conference in this matter is hereby scheduled for Wednesday, November 5, 2025 at 2:00 p.m. in Courtroom 17D, United States Courthouse, 500 Pearl Street, New York, New York 10007.**

Relatedly, on September 9, 2025, Plaintiff filed a Letter Motion requesting a partial redaction of its September 9, 2025 Letter Motion requesting a pre-motion discovery conference and related exhibits because it contains "details concerning the terms of the parties' Agreement and the parties' business dealings, as well as information that Defendant [] has designated as Confidential or Highly Confidential-Attorneys' Eyes Only and that [Plaintiff] is required to file under seal pursuant to the Protective Order in this case."  (ECF No. 609)  On September 12, 2025, Defendant also filed a Letter Motion requesting a partial redaction of its September 12, 2025 response to Plaintiff's Letter Motion and related exhibits because it

contains "highly sensitive, non-public commercial information related to the parties' License Agreement, their business dealings, competitively sensitive information regarding [Defendant's] proprietary business information, and materials designated Attorneys' Eyes Only or Confidential under the Protective Order."  (ECF No. 614)  The parties separately filed their proposed redactions.  (ECF Nos. 610, 611, 615, 616)

The Court has reviewed the parties' filings and finds that the proposed redactions are narrowly tailored to protect confidential business and other sensitive information and are consistent with the *Lugosch* standard.  *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (finding that courts may grant motions to seal where the parties make "specific, on the record findings . . . demonstrating that closure is essential to preserve higher values and [sealing] is narrowly tailored to serve that interest").  Therefore, the parties' Letter Motions to Seal are GRANTED.

**The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 609, 610, 611 and 614.  Further, the Clerk of Court is also directed to keep the documents at ECF Nos. 610 and 615 under seal.**

**SO ORDERED.**

Dated:    September 17, 2025
          New York, New York

KATHARINE H. PARKER
United States Magistrate Judge

2