USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/18/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NIELSEN CONSUMER LLC,

                        Plaintiff,

-against-

CIRCANA GROUP, L.P.,

                        Defendant.

**ORDER ON MOTION TO SEAL**

**22-CV-3235 (JPO)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On September 17, 2025, Plaintiff filed a Letter Motion requesting a partial redaction of its September 17, 2025 reply to Defendant's response to Plaintiff's Letter Motion requesting a pre-motion discovery conference and related exhibits. (ECF No. 617) Plaintiff notes that the redactions are for "details concerning the terms of the parties' Agreement and the parties' business dealings, [Plaintiff's] non-public reporting practices, and the injury brought to [Plaintiff] and certain business relationships resulting from [Defendant's] conduct." (*Id.*) Plaintiff separately filed its proposed redactions. (ECF Nos. 618-19)

      The Court has reviewed Plaintiff's filings and finds that the proposed redactions are narrowly tailored to protect confidential business information and are consistent with the *Lugosch* standard. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (finding that courts may grant motions to seal where the parties make "specific, on the record findings . . . demonstrating that closure is essential to preserve higher values and [sealing] is narrowly tailored to serve that interest"). Therefore, Plaintiff's Letter Motion to Seal is GRANTED.

Plaintiff is reminded that this information is unlikely to be permitted to remain under seal if used in connection with a dispositive motion in light of the higher public interest associated with such a filing.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 617.**

**Further, the Clerk of Court is also directed to keep the documents at ECF No. 618 under seal.**

**SO ORDERED.**

Dated: September 18, 2025
New York, New York

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge