UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIELSEN CONSUMER LLC,

                           Plaintiff,

    -against-

CIRCANA GROUP, L.P.,

                           Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/2025

ORDER ON MOTIONS TO SEAL

22-CV-3235 (JPO) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On November 17, 2025, Plaintiff filed a Letter Motion requesting partial redaction of the official transcript of the November 5, 2025 discovery conference at ECF No. 658. (ECF No. 665) Plaintiff notes that the proposed redactions are for "references to information concerning the terms of the parties' confidential Agreement, the parties' business dealings, NIQ's trade secrets and confidential information, and NIQ's injuries related to Circana's misconduct." (*Id.*) On November 4, 2025, Plaintiff also filed a Letter Motion requesting partial redaction portions of its Supplemental Letter and exhibits at ECF No. 650. (ECF No. 648) Plaintiff notes that the proposed redactions are for "information concerning the terms of the parties' License Agreement and commercially sensitive information pertaining to the NIQ's business dealings." (*Id.*) The parties also filed their proposed redactions with the Court. (ECF No. 649)

      The Court has reviewed Plaintiff's filings and finds that the redactions are narrowly tailored to protect trade secrets and other confidential information and are consistent with the *Lugosch* standard. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (finding that courts may grant motions to seal where the parties make "specific, on the record findings . . . demonstrating that closure is essential to preserve higher values and [sealing] is

narrowly tailored to serve that interest."). Therefore, Plaintiff's Letter Motions to Seal are GRANTED.

The parties are reminded that the documents and information placed under seal in connection with this request may not be similarly treated in connection with a dispositive motion.

**The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 648 and 665. Further, the Clerk of Court is also respectfully directed to keep the documents at ECF Nos. 650 and 658 under seal.**

**SO ORDERED.**

Dated:  November 18, 2025
        New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge