UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIELSEN CONSUMER LLC, | |
| | Plaintiff, |
| -against- | |
| CIRCANA GROUP, L.P., | |
| | Defendant. |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/20/2026
```

**POST-CONFERENCE ORDER**

**22-CV-3235 (JPO) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On April 20, 2026, Plaintiff Nielsen Consumer LLC ("Nielsen") and Defendant Circana

Group, L.P. ("Circana") appeared before the undersigned for a discovery conference to address

Circana's refusal to produce communications with two non-reporting expert witnesses: Prakash

Tilwani, a current Circana employee, and Steven Coffey, a former Circana employee and current

advisor to Circana.  As discussed in greater detail on the record, Nielsen's motion to compel

production is DENIED with prejudice as the request is disproportional to the needs of the case.

*See* Fed R. Civ. P. 26.  Certain sealed materials at issue relate to the above discovery dispute,

therefore, sealing the documents submitted in conjunction with the now-adjudicated motion

appropriately balances the rights and interests at stake under *Lugosch v. Pyramid Co. of

Onondaga*, 435 F.3d 110, 124 (2d Cir. 2006) and its progeny.  Accordingly, the motion to seal at

ECF No. 723 is GRANTED.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 723**

1

**SO ORDERED.**

Dated: April 20, 2026
New York, New York

_____
Katharine H. Parker
United States Magistrate Judge

2