UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/23/2026___

| | |
|---|---|
| NIELSEN CONSUMER LLC, d/b/a NIELSENIQ | |
| Plaintiff, | **ORDER** |
| -against- | **22-CV-3235 (JPO) (KHP)** |
| CIRCANA, LLC, | |
| Defendant. | |
| CIRCANA, LLC, | |
| Counterclaimant, | |
| -against- | |
| NIELSEN CONSUMER LLC, d/b/a NIELSENIQ | |
| Counterclaim Defendant. | |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On March 13, 2026, Nielsen filed a letter motion seeking to redact and seal documents submitted in support of its summary judgment and *Daubert* motions. (ECF No. 705)  On April 3, 2026, Circana filed a response requesting alternative redactions and closure. (ECF No. 727.)

It appears that neither party has filed, under seal, unredacted versions of the documents at issue with the proposed redactions highlighted.  Accordingly, both parties are directed to file, under seal, unredacted versions of the relevant documents with the proposed redactions highlighted, for the Court's review pursuant to Individual Rule III.D by **May 6, 2026**.

1

**SO ORDERED.**

Dated: April 23, 2026
      New York, New York

_____
Katharine H. Parker
United States Magistrate Judge

2