UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIELSEN CONSUMER LLC, d/b/a NIELSENIQ | |
| Plaintiff, | |
| -against- | |
| CIRCANA, LLC, | |
| Defendant. | |

CIRCANA, LLC,

Counterclaimant,

-against-

NIELSEN CONSUMER LLC, d/b/a NIELSENIQ

Counterclaim Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2026

ORDER

22-CV-3235 (JPO) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On March 13, 2026, Nielsen filed a letter motion seeking to redact and seal documents submitted in support of its summary judgment and *Daubert* motions. (ECF No. 705)  On May 22, 2026, Circana filed its own motion to seal and redact.  Insofar as the parties have failed to provide a detailed explanation for each proposed redaction, the parties are directed to file a spreadsheet listing each document (or portion thereof) they seek to seal, along with ECF No. and page, the proposed redaction or seal, and the party's stated reason for the same.  Such submission shall be filed by **July 30, 2026**.

1

**SO ORDERED.**

Dated: June 30, 2026
     New York, New York

Katharine H. Parker
United States Magistrate Judge