# HUNTON

HUNTON ANDREWS KURTH LLP
2200 PENNSYLVANIA AVENUE, NW
WASHINGTON, D.C. 20037-1701

TEL   202 • 955 • 1500
FAX   202 • 778 • 2201

NEIL K. GILMAN
DIRECT DIAL: 202 • 955 • 1674
EMAIL: ngilman@Hunton.com

July 23, 2026

Hon. J. Paul Oetken
U.S. District Court for the
Southern District of New York
40 Foley Square, Room 706
New York, NY 10166

Re:    *Nielsen Consumer LLC d/b/a NielsenIQ v. Circana, LLC*, No. 1:22-cv-3235-JPO-KHP
       – Passing of Circana Expert Andrew Brown

Dear Judge Oetken:

The Parties are writing jointly to notify the Court of the passing of Andrew Brown, one of Circana's experts.  The Parties have conferred and agree that this unfortunate event does not affect the Court's consideration of the summary judgment and *Daubert* motions. Once the Court resolves those motions, the Parties will, if necessary, confer on how to proceed and raise any issues with the Court.

Respectfully submitted,

PAUL HASTINGS LLP                          HUNTON ANDREWS KURTH LLP


By: */s/Joshau A. Berman*                  By: */s/ Neil Gilman*_____
    Joshua A. Berman                           Neil Gilman (admitted *pro hac vice*)
    Laura Logsdon                              2200 Pennsylvania Avenue, NW
    200 Park Avenue                            Washington, DC  20037
    New York, NY  10166                        Telephone: (202) 955-1500
    Telephone: (212) 318-6000                  Email: ngilman@hunton.com
    Email:  joshuaberman@paulhastings.com
            lauralogsdon@paulhastings.com       Susan L. Shin
                                               200 Park Avenue, 52nd Floor
                                               New York, New York 10166
    *Attorneys for Plaintiff-Counterclaim*     Telephone: (212) 309-1000
    *Defendant Nielsen Consumer LLC d/b/a*     Email: sshin@hunton.com
    *NIQ*
                                               *Attorneys for Defendant-*
                                               *Counterclaimant Circana, LLC*